UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 2:25-cr-136-KCD-DNF

DYLLON JAMES BLANCHARD

### PRELIMINARY ORDER OF FORFEITURE

The United States moves for a Preliminary Order of Forfeiture for a Raven Arms, Model: MP25, .25 caliber pistol, serial number: 1434561 and ammunition, seized on or about June 17, 2025.

Being fully advised of the relevant facts, the Court finds that the firearm and ammunition identified above were involved in the offense charged in Count One of the Indictment, for which the defendant was found guilty.

The United States' motion is **GRANTED**. Under 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the assets identified above are **FORFEITED** to the United States for disposition according to law. This order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for the

forfeiture and disposition of such property.

      **ORDERED** in Fort Myers, Florida, on this 8th day of December, 2025.

_____
KYLE C. DUDEK
UNITED STATES DISTRICT JUDGE

Copies:
Suzanne C. Nebesky, AUSA
Counsel of Record

2